

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.

Plaintiff (Petitioner)

v.

JOHN F PETERSHEIM, LENA M. PETERSHEIM A/K/A LENA MAE PETERSHEIM; et al.

Defendant (Respondent)

CASE and/or DOCKET No.: 19-02614

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served LENA M. PETERSHEIM A/K/A LENA MAE PETERSHEIM the above process on the 25 day of July, 2019, at 9:29 o'clock, AM, at 350 S SANDY HILL RD COATESVILLE, PA 19320, County of Chester, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 61-65  Height 5FT 0IN - 5FT 3IN  Weight 211 LBS - 230 LBS  Race WHITE  Sex FEMALE  Hair BLACK/GRAY

Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of Pa

County of Berks                 ) SS:

Before me, the undersigned notary public, this day, personally, appeared Eric Afflebach to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

(Signature of Affiant)

File Number: USA-193316
Case ID #:5581533

Subscribed and sworn to before me this 31 day of July, 2019.

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My commission expires December 05, 2021
Commission number 1113554