

IN THE DISTRICT COURT OF CHESTER COUNTY PENNSYLVANIA
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>JOHN F PETERSHEIM, LENA M. PETERSHEIM A/K/A LENA MAE PETERSHEIM; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 19-02614<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JOHN F PETERSHEIM the above process on the 25 day of July, 2019, at 9:29 o'clock, A M, at 350 S SANDY HILL RD COATESVILLE, PA 19320, County of Chester, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: LENA M. PETERSHEIM A/K/A LENA MAE PETERSHEIM
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 61-65   Height 5FT 0IN - 5FT 3IN   Weight 211 LBS - 230 LBS   Race WHITE   Sex FEMALE   Hair BLACK/GRAY
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of PA
County of Berks                    ) SS:

Before me, the undersigned notary public, this day, personally, appeared Eric Afflerbach to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-193316
Case ID #: 5581533

Subscribed and sworn to before me this 29 day of July, 2019.

Commonwealth of Pennsylvania - Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My commission expires December 05, 2021
Commission number 1113554

Notary Public