IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| PETERSHEIM et al | : | No. 19-2614 |
| | : | |
| | : | |

NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on December 18, 2019. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A BYRNE FEDERAL COURTHOUSE, 601 MARKET STREET, PHILADELPHIA PA 19106. PLEASE REPORT TO COURTROOM 5-C.** NOTE: Arbitrators shall not participate in settlement discussions.

Kate Barkman
Clerk of Court

By: /s/ Amanda Frazier
Amanda Frazier
Deputy Clerk
Phone: (267) 299-7177

Date: August 16, 2019

Copies:   Courtroom Deputy to Judge Gerald A. McHugh
Docket Clerk - Case File

Counsel:   Rebecca Ann Solarz, Esq.
Mitchell A. Sommers, Esq.