# ARBITRATION CERTIFICATION

(The effect of this certification is to remove the case from eligibility for arbitration)

United States of America

v

Petersheim, et al.

CIVIL ACTION NO:

19-02614

I, __Rebecca A. Solarz, Esq._____, counsel of record, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief; the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

☒ Relief other than monetary damages is sought.

DATE: __August 23, 2019_____

ATTORNEY: __/s/Rebecca A. Solarz, Esq._____

ATTORNEY I.D. __315936_____