**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-2614** |
| | : | |
| **JOHN F. PETERSHEIM, ET AL.** | : | |

## ORDER

This 9th day of September, 2019, it is hereby **ORDERED** that the Arbitration hearing scheduled for December 18, 2019 is **CANCELLED**. The Clerk of Court is requested to place this matter on the Standard Management Track.

      /s/ Gerald Austin McHugh
      United States District Judge