UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                     Plaintiff<br><br>vs.<br><br>John F Petersheim<br>Lena M. Petersheim a/k/a Lena Mae Petersheim<br><br>                     Defendant(s) | CIVIL NO.  19-02614 |

**CERTIFICATE OF SERVICE**

      I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Plaintiff's Rule 26 Disclosures has been served by first class mail, postage pre-paid, upon the parties listed below on September 10, 2019.

      Mitchell A. Sommers, Esquire
      Three West Main Street
      Ephrata, PA 17517

      Respectfully submitted,

      KML Law Group, P.C.

      By: /s/Rebecca A. Solarz, Esq.
      Rebecca A. Solarz, Esquire
      Suite 5000
      701 Market Street
      Philadelphia, PA  19106-1532
      (215) 825-6327