IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-2614 |
| | : | |
| JOHN F. PETERSHEIM, ET AL. | : | |

### ORDER

This 11th day of October, 2019, it is hereby **ORDERED** that the Pretrial Conference scheduled for Tuesday, October 15, 2019, is **CONTINUED**.

_____
United States District Judge

**FILED**
OCT 11 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk