# KML LAW GROUP, P.C.

ATTORNEYS AT LAW
_____

SUITE 5000
BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
PHILADELPHIA, PENNSYLVANIA  19106-1532
(215) 627-1322
(866) 413-2311
FAX (215) 627-7734

WWW.KMLLAWGROUP.COM

February 18, 2020

<u>Submitted via electronic filing</u>
The Honorable Gerald Austin McHugh
Eastern District of Pennsylvania
Room 9613, United States Courthouse
601 Market Street
Philadelphia, PA 19106

RE: The United States of America vs. John F Petersheim & Lena M. Petersheim a/k/a Lena Mae Petersheim
Case Number 19-02614

Dear Judge McHugh:

My firm represents the plaintiff in the above-captioned foreclosure action.  This case previously had a pre-trial conference scheduled for October 15, 2019.  This conference was indefinitely continued pursuant to representation by counsel for Defendants that a new bankruptcy case would be filed shortly.

At this time, a new bankruptcy petition has not been filed.  Plaintiff therefore respectfully requests that Your Honor schedule a new pre-trial conference for this action.  I have spoken with opposing counsel regarding this request, and he stated that he has no objections to this.

Your Honor's consideration in this matter is greatly appreciated.

      Respectfully yours,

      KML LAW GROUP, P.C.

      /s/Rebecca A. Solarz, Esq.
      Attorney for Plaintiff
      215-825-6327
      rsolarz@kmllawgroup.com

cc: MITCHELL A. SOMMERS, ESQ. via ECF notification and email