# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　Plaintiff<br>　　v.<br><br>John F Petersheim<br>Lena M. Petersheim a/k/a Lena Mae Petersheim<br>　　　　　　　Defendants | Civil Action No: 19-02614 |

## SUGGESTION OF BANKRUPTCY

TO THE CLERK OF THE COURT:

　　Please take note that Defendant John F Petersheim and Lena M. Petersheim a/k/a Lena Mae Petersheim filed a Chapter 12 Bankruptcy on February 19, 2020 in the United States Bankruptcy Court for the Eastern District of Pennsylvania at Case Number 20-10990. Accordingly, the above captioned matter should be deferred until the conclusion of the bankruptcy proceedings.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　　　　　　By: /s/Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　　　　　(215) 825-6327