IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-2614** |
| : | |
| **JOHN F. PETERSHEIM, ET AL.** : | |

**ORDER**

This 19th day of February, 2020, the Court being advised that a Suggestion of Bankruptcy has been filed, it is hereby **ORDERED** that this case be placed in **CIVIL SUSPENSE** pending the outcome of the bankruptcy. It is further **ORDERED** that Counsel for Defendants John F. Petersheim and Lena M. Petersheim shall advise the Court every sixty (60) days as to the status of the bankruptcy.

    /s/ Gerald Austin McHugh
United States District Judge