UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> John F Petersheim <br> Lena M. Petersheim a/k/a Lena Mae Petersheim <br><br> Defendant(s) | CIVIL NO. 19-02614 |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Plaintiff, United States of America, in the above-captioned matter.  Also, kindly add the undersigned to the electronic email notification list for this matter.

Respectfully submitted,

KML Law Group, P.C.


By: /s/ Michael McKeever, Esq.
Michael McKeever, Esquire
Pennsylvania Attorney I.D. No. 56129
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6309
Original signature not required/electronic filing