# KML LAW GROUP, P.C.

ATTORNEYS AT LAW
_____

SUITE 5000
BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19106-1532
(215) 627-1322
(866) 413-2311
FAX (215) 627-7734

WWW.KMLLAWGROUP.COM

January 2, 2024

Honorable John M. Gallagher
United States District Court
Eastern District of Pennsylvania

RE: The United States of America vs. John F Petersheim & Lena M. Petersheim a/k/a Lena Mae Petersheim
Docket #19-02614

Dear Judge Gallagher:

Pursuant to Your Honor's request for status on the above-referenced matter, I advise Defendant filed Chapter 12 Bankruptcy on February 19, 2020 as Case No#: 20-10990. At the present time the Bankruptcy is still active. Plaintiff is currently waiting for the dismissal of the Bankruptcy before proceeding with foreclosure. Should there be any questions or comments, please do not hesitate to contact me. Your Honor's assistance in this matter is appreciated.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.
/s/Michael McKeever, Esq.
Attorney for Plaintiff
Tel: 215-825-6303
Fax: 215-825-6403
Email: MMcKeever@kmllawgroup.com

cc: MITCHELL A. SOMMERS, ESQ.