# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America<br><br>       Plaintiff<br><br><br>John F Petersheim<br>Lena M. Petersheim a/k/a Lena Mae Petersheim<br><br>       Defendant | CIVIL ACTION NO.<br>19-02614 |

The United States of America, plaintiff herein, through its undersigned counsel and pursuant to Rule 41 (A)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses the action on its own behalf as to defendant, John F Petersheim and Lena M. Petersheim a/k/a Lena Mae Petersheim, without prejudice.

Respectfully submitted,
**KML Law Group, P.C.**

By:    /s/ Michael McKeever, Esq.
Michael McKeever, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6303
Original signature not required/electronic filing