# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOHN F. PETERSHEIM, *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 2:19-cv-02614-JMG |

## ORDER

**AND NOW**, this 12th day of January, 2024, it having been reported that Plaintiff seeks to voluntarily dismiss the case (ECF No. 22), **IT IS HEREBY ORDERED** that the above action is **DISMISSED** without prejudice, pursuant to Rule 41 (A)(1)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **REMOVED FROM CIVIL SUSPENSE** and **CLOSED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge